## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

   **V.**                                    **Case Number: 3:15MJ032-SAA**

**JAELYN DELSHAUN YOUNG**

### ORDER APPOINTING COUNSEL

The above-named defendant having satisfied this court after appropriate inquiry that he / she (1) does not wish to waive representation by counsel, and (2) is financially unable to obtain counsel, the Federal Public Defender is hereby APPOINTED to represent the defendant in above-styled and numbered cause.

Should this case proceed before a United States District Judge, the appointment shall, nevertheless, remain in effect until terminated or a substitute attorney is appointed or retained.

This the 8th day of August, 2015.

                                                            /s/ S. Allan Alexander

                                                            UNITED STATES MAGISTRATE JUDGE