**FILED**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI

DAVID CREWE, CLERK
BY _____
Deputy

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 1:15CR 098
18 U.S.C. § 2339B(a)(1)

MUHAMMAD ODA DAKHLALLA and
JAELYN DELSHAUN YOUNG

## INDICTMENT

The Grand Jury charges that:

## Count One

(Conspiring to Provide Material Support to
a Designated Foreign Terrorist Organization)

From on or about May 1, 2015, and continuing through August 8, 2015, within the

Northern District of Mississippi and elsewhere, the defendants,

MUHAMMAD ODA DAKHLALLA and
JAELYN DELSHAUN YOUNG,

together, and with others known and unknown to the grand jury, knowingly did combine,

conspire, confederate, and agree together and with each other to provide "material support or

resources," as that term is defined in Title 18, United States Code, Section 2339A(b), including

personnel, to a foreign terrorist organization, namely, the Islamic State of Iraq and the Levant

("ISIL"), which at all relevant times was designated by the Secretary of State as a foreign

terrorist organization pursuant to Section 219 of the Immigration and Nationality Act, knowing

that ISIL was a designated foreign terrorist organization (as defined in Title 18, United States

Code, Section 2339B(g)(6)), that ISIL engages and has engaged in terrorist activity (as defined in

section 212(a)(3)(B) of the INA), and that ISIL engages and has engaged in terrorism (as defined

in section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989), all in violation of Title 18, United States Code, Section 2339B(a)(1).

**Count Two**
(Attempting to Provide Material Support to
a Designated Foreign Terrorist Organization)

On or about August 8, 2015, within the Northern District of Mississippi and elsewhere, the defendant,

JAELYN DELSHAUN YOUNG,

a national of the United States, did knowingly attempt to provide "material support or resources," as that term is defined in Title 18, United States Code, Section 2339A(b), including personnel (including herself and defendant MUHAMMAD ODA DAKHLALLA), to a foreign terrorist organization, to wit, the Islamic State of Iraq and the Levant ("ISIL"), which at all relevant times was designated by the Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act, knowing that ISIL was a designated foreign terrorist organization (as defined in Title 18, United States Code, Section 2339B(g)(6)), that ISIL engages and has engaged in terrorist activity (as defined in section 212(a)(3)(B) of the INA), and that ISIL engages and has engaged in terrorism (as defined in section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989), all in violation of Title 18, United States Code, Section 2339B(a)(1)and Section 2.

**Count Three**
(Attempting to Provide Material Support to
a Designated Foreign Terrorist Organization)

On or about August 8, 2015, within the Northern District of Mississippi and elsewhere, the defendant,

MUHAMMAD ODA DAKHLALLA,

a national of the United States, did knowingly attempt to provide "material support or resources,"

as that term is defined in Title 18, United States Code, Section 2339A(b), including personnel

(including himself and defendant JAELYN DELSHAUN YOUNG), to a foreign terrorist

organization, to wit, the Islamic State of Iraq and the Levant ("ISIL"), which at all relevant times

was designated by the Secretary of State as a foreign terrorist organization pursuant to Section

219 of the Immigration and Nationality Act, knowing that ISIL was a designated foreign terrorist

organization (as defined in Title 18, United States Code, Section 2339B(g)(6)), that ISIL engages

and has engaged in terrorist activity (as defined in section 212(a)(3)(B) of the INA), and that

ISIL engages and has engaged in terrorism (as defined in section 140(d)(2) of the Foreign

Relations Authorization Act, Fiscal Years 1988 and 1989), all in violation of Title 18, United

States Code, Section 2339B(a)(1) and Section 2.

**A TRUE BILL**

*/s/ Signature    Redacted*
**FOREPERSON**

**UNITED STATES ATTORNEY**