RECEIVED

AUG 26 2015

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 1:15CR098
   18 U.S.C. § 2339B(a)(1)

MUHAMMAD ODA DAKHLALLA and
JAELYN DELSHAUN YOUNG

## PENALTIES

### Counts One, Two, Three

| | |
|---|---|
| Nm 20 years imprisonment | 18 U.S.C. § 2339B(a)(1) |
| Up to lifetime supervised release | 18 U.S.C. § 3583(e) & (j) |
| Nm $250,000 fine | 18 U.S.C. § 3571(b)(3) |
| $100 special assessment | 18 U.S.C. § 3013 |