**CRIMINAL CASE COVER SHEET**  **U.S. DISTRICT COURT**

**Complete entire form**

**Place of Offense:**  **Related Case Information**

City Starkville  Superseding Indictment _____ Case Number _____

County Oktibbeha  Same Defendant _____ New Defendant _____

RECEIVED  Magistrate Judge Case Number 3:15-MJ-32-SAA

AUG 26 2015  Search Warrant Case Number _____

R20/R40 from District of _____

Related Criminal Case Number _____

**Defendant Information**

Juvenile: ☐ Yes  ☐ No  If yes, Matter to be sealed: ☐ Yes  ☐ No

Defendant Name Muhammad Oda Dakhlalla

Alias Name _____

Address Starkville, MS 39759

DOB 1992  SS# xxx-xx-9940  Sex M  Race W  Nationality _____

Represented by: Gregory S. Park, Esq.

**U.S. Attorney Information:** AUSA Clay Joyner/Bob Norman  Bar # 10316/3880

Interpreter: ☐ Yes  ☑ No  List Language and/or dialect: _____

**Location Status:**

Arrest Date 8/8/2015

☑ Already in Federal Custody as of 8/8/2015 (Date) in LCDC, Oxford, MS (Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts 3  ☐ Petty  ☐ Misdemeanor  ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 18:2339B.F | Harboring or Concealing Terrorists | 1-3 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

Date: _____  Signature of AUSA _____

**District Court Case Number:**
(To be entered by Clerk)   1:15 CR 098