| | |
|---|---|
| **CRIMINAL CASE COVER SHEET** | **U.S. DISTRICT COURT** |
| | **Complete entire form** |

**Place of Offense:**

City Starkville

County Oktibbeha

**Related Case Information**

Superseding Indictment _____ Case Number _____

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number 3:15-MJ-32-SAA

Search Warrant Case Number _____

R20/R40 from District of _____

Related Criminal Case Number _____

**Defendant Information**

Juvenile: ☐ Yes ☐ No    If yes, Matter to be sealed: ☐ Yes ☐ No

Defendant Name Jaelyn Delshaun Young

Alias Name _____

Address Starkville, MS 39759

DOB 1995    SS# xxx-xx-8259    Sex F    Race Black    Nationality _____

Represented by: Kenneth Coghlan, Esq.

**U.S. Attorney Information:** AUSA Clay Joyner/Bob Norman    Bar # 10316/3880

Interpreter: ☐ Yes ☐ No    List Language and/or dialect: _____

**Location Status:**

Arrest Date 8/8/2015

☑ Already in Federal Custody as of 8/8/2015 (Date) in LCDC, Oxford, MS (Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts 3    ☐ Petty  ☐ Misdemeanor  ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18:2339B.F | Harboring or Concealing Terrorists | 1-3 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

Date: _____    Signature of AUSA _____

**District Court Case Number:**
(To be entered by Clerk)    1:15 CR098