Notice (N.D.Miss.1990)

## *UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI

### **NOTICE**

UNITED STATES OF AMERICA

        V.                                     CASE NO     1:15CR098-A-S

MUHAMMAD ODA DAKHLALLA, JAELLYN DELSHAUN YOUNG

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

*Place*
U.S. FEDERAL BLDG.
**OXFORD, MS**

*Room No.*
Courtroom 2

*Date and Time*
*September* **1, 2015 at 2:00 p.m.**

*Type of Proceeding*

*ARRAIGNMENT*

**BEFORE UNITED STATES MAGISTRATE JUDGE S. ALLAN ALEXANDER**

        DAVID CREWS
        Clerk of Court
/s/ Willie Sue Miller

(BY) Willie Sue Miller
Courtroom Deputy

Date: August 28, 2015

**CONTACT WILLIE SUE MILLER AT 234-3114 IF YOU HAVE ANY QUESTIONS**