IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.                                    CASE NO. 1:15cr00098-SA-DAS

JAELYN YOUNG

WAIVER OF APPEARANCE, ~~ARRAIGNMENT~~ AND
ENTRY OF NOT GUILTY PLEA

Pursuant to Fed. R. Crim. P. 10(b), JAELYN YOUNG, defendant in the above

styled and numbered cause, hereby waives appearance at arraignment and enters a plea

of "not guilty" to counts 1 and 2 contained in the Indictment. The defendant further

affirms that she has received a copy of the Indictment and has discussed the charges

contained in the Indictment and maximum statutory penalties, with her attorney.

~~The defendant further requests a jury trial waiving right to a within time dispositon hearing.~~

SIGNED, this the _31_ day of _August_, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

_____
JAELYN YOUNG, Defendant

_____
KENNETH COGHLAN, Attorney
Mississippi Bar No.: 6336