IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                    CRIMINAL NO. 1:15CR098

MUHAMMAD DAKHLALLA

## WAIVER OF APPEARANCE AND ENTRY OF NOT GUILTY PLEA

Pursuant to Fed.R.Crim.P. 10(b), Muhammad Dakhlalla, defendant in the above-styled and numbered cause, hereby waives appearance at arraignment and enters a plea of not guilty to counts one and three (1, 3) of the Indictment. The defendant further affirms that he has received a copy of the Indictment and has discussed the charges contained in the Indictment, and maximum statutory penalties, with his attorney.

Dated: August 31, 2015

_____          _____
Muhammad Dakhalla, Defendant             Gregory S. Park, Attorney


ACCEPTED BY THE COURT this the 31st day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE