IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

U. S. A.                          PLAINTIFF

v.                            NO.     1:15CR098-A-S

MUHAMMAD ODA DAKHLALLA, JAELYN DELSHAUN YOUNG      DEFENDANTS

SCHEDULING ORDER

Defendants having entered pleas of not guilty in this case, in order to follow the guidelines established by the Speedy Trial Act, 18 U.S.C. 3161, it is hereby

ORDERED:

That this case is set for trial before Judge Sharion Aycock at 9:40 a.m. on October 26, 2015 in Aberdeen, Mississippi;

All discovery shall be completed by September 15, 2015 and

All pretrial motions shall be completed by September 22, 2015

All pretrial motions listed in Section II.E.(6)(h) of the Northern District Speedy Trial Plan shall be submitted to Magistrate Judge David A. Sanders.

Witness subpoenas in CJA cases must be requested sufficiently in advance to allow the Marshal's Service at least ten (10) business days prior to trial for service by the Marshal's Service.

Writs for in-state prisoners must be submitted two weeks before trial, and writs for out-of-state prisoners must be submitted four weeks before trial.

Plea agreements, if any, shall be submitted to the court by October 9, 2015, two weeks prior to trial, and the court will accept no plea agreement filed after that date except for good cause shown.

This 1st day of September, 2015.

/s/ S. Allan Alexander
U. S. MAGISTRATE JUDGE