## *UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI

### NOTICE

UNITED STATES OF AMERICA

VS.                                              CASE NUMBER 1:15CR98-SA-DAS


MUHAMMAD ODA DAKHLALLA
JAELYN DELSHAUN YOUNG                                              DEFENDANTS

---

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

---

| **Place** | **Room No.** |
|---|---|
| **UNITED STATES FEDERAL BUILDING** | **COURTROOM NUMBER 1 - THIRD FLOOR** |
| **301 WEST COMMERCE** | _____ |
| **ABERDEEN, MISSISSIPPI** | **Date and Time** |
| | **MONDAY, OCTOBER 26, 2015, 9:40 A.M.** |

**Type of Proceeding**

**MVD/JURY TRIAL SET BEFORE UNITED STATES DISTRICT JUDGE SHARION AYCOCK**
**(IF JURY LIST AND INFORMATION SHEETS FOR JURORS ARE DESIRED, PLEASE**
**USE FORM ON OUR PUBLIC WEBSITE:**
**HTTP://WWW.MSND.USCOURTS.GOV/FORMS.HTM)**
**\*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES.**

---

DAVID CREWS, Clerk of Court

BY: /s/ Ginger Sisk _____
    GINGER SISK, COURTROOM DEPUTY

Date: September 1, 2015

To:  Gregory S. Park (electronic notice only)          Kenneth H. Coghlan (electronic notice only)
     James Clayton Joyner (electronic notice only)     Robert H. Norman (electronic notice only)
     U.S. Probation Service (electronic notice only)   U.S. Marshal Service (electronic notice only)

**CONTACT GINGER SISK AT 662-369-2628 OR ginger_sisk@msnd.uscourts.gov**
**IF YOU HAVE ANY QUESTIONS**