UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:15CR098

MUHAMMAD ODA DAKHLALLA and
JAELYN DELSHAUN YOUNG

## MOTION TO EXTEND DISCOVERY DEADLINE

Comes now the United States of America, by and through the United States Attorney for the Northern District of Mississippi, and respectfully moves the Court to continue the discovery deadline in the above-styled cause. In support thereof, the United States would show unto the Court the following:

1. By Order of the Court, discovery was to be completed by September 15, 2015.

2. The searches of electronic media in this cause are ongoing, the government has just received voluminous information from Twitter in response to a search warrant, and there is an issue regarding the approval for usage of one item of evidence which the government expects to be resolved within the next 24 to 48 hours.

Therefore, the United States requests an extension to the discovery deadline to include filing on or before September 18, 2015. Counsel opposite indicates that they have no objection to the requested extension.

For the above-mentioned reasons, the United States respectfully requests that the discovery deadline in the above-referenced cause be extended.

        Respectfully submitted,

        FELICIA C. ADAMS
        United States Attorney

        */s/ Clay Joyner*
        By:
           CLAY JOYNER
        Assistant United States Attorney
        Mississippi Bar No. 10316

## CERTIFICATE OF SERVICE

I, CLAY JOYNER, Assistant United States Attorney for the Northern District of Mississippi, hereby certify that I have this day served the foregoing Motion to Extend Discovery Deadline, by mailing, postage prepaid, a true copy of said Motion to:

Kenneth H. Coghlan, Esq.
kcoghlan@rayburnlaw.com

Gregory S. Park, Esq.
Greg_park@fd.org

This the ___15th_____ day of ____September_____, 2015.


___/s/ Clay Joyner_____
CLAY JOYNER
Assistant United States Attorney