IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.                                                    CASE NO. 1:15cr00098-SA-DAS

JAELYN YOUNG

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Kenneth Coghlan, court appointed counsel for Jaelyn Young, and files this Motion to Withdraw as counsel as follows:

1.

Dennis Sweet has entered his appearance as counsel for Defendant Jaelyn Young.

2.

The undersigned was appointed as counsel for Jaelyn Young.

3.

Under these circumstances, the undersigned moves to withdraw as counsel for Defendant Jaelyn Young.

This the  8th  day of October, 2015.

Respectfully submitted,

JAELYN YOUNG

RAYBURN COGHLAN LAW FIRM, PLLC
P. O. Drawer 1360
Oxford, MS 38655
(662) 234-7575
(662) 234-1999


BY:    /s/ Kenneth H. Coghlan
          KENNETH H. COGHLAN
          Mississippi Bar No.: 6336

CERTIFICATE OF SERVICE

I, KENNETH H. COGHLAN, of Rayburn Coghlan Law Firm, PLLC, Oxford, Mississippi, do hereby certify that on the 8th day of October, 2015 I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following: clay.joyner@usdoj.gov; bob.norman@usdoj.gov; greg_park@fd.org; and dennis.sweet@sweetandassociates.net and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

>Jaelyn Young
>c/o Lafayette County Detention Center
>711 Jackson Avenue
>Oxford MS 38655

>/s/ Kenneth H. Coghlan
>KENNETH H. COGHLAN