IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.                                                    CASE NO. 1:15CR98-SA

JAELYN DELSHAUN YOUNG
MUHAMMAD ODA DAKHLALLA                   DEFENDANTS

## ORDER GRANTING CONTINUANCE

This criminal matter is before the court on the motion of Defendant, Jaelyn Delshaun Young, for a continuance of the October 26, 2015, trial setting in this cause. Grounds for the continuance of this trial are based on the fact an abundance of discovery materials has been received from the Government, and Defendant's counsel has been unable to investigate and complete an adequate review of the same. Therefore, Defendant's counsel needs additional time to prepare for trial. The Government does not oppose the motion.

It appears to the court that the motion for continuance is well taken and that the same should be granted. It further appears to the court, and the court so finds, that the ends of justice will be served by granting the subject continuance, and that such action outweighs the best interest of the public and the Defendants in a speedy trial.

THEREFORE, it is hereby **ORDERED**, that the pending motion to continue (docket entry 40) is **GRANTED** and that the trial of this matter is **CONTINUED**, as to the Defendants from October 26, 2015, until January 19, 2016, in Aberdeen, Mississippi at 9:40 a.m. The plea agreement deadline is reset for January 4, 2016. The pre-trial motion deadline is reset for December 21, 2015. It is further **ORDERED** that the delay from this date until commencement of the trial shall be

excluded from from all computations relative to the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(6)(A), as to all Defendants.

     SO ORDERED this 16th day of October, 2015.

                    /s/ Sharion Aycock
                    U. S. DISTRICT COURT JUDGE