UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

CRIMINAL NO. 1:15-cr-00098-SA-DAS

MUHAMMAD ODA DAKHLALLA and
JAELYN DELSHAUN YOUNG

NOTICE OF APPEARANCE

Notice is hereby given that Assistant United States Attorney Rebecca Magnone will assist as co-counsel for the United States in the above-referenced case.

This submitted the 16th day of October, 2015.

           Respectfully submitted,

           FELICIA C. ADAMS
           United States Attorney
           Mississippi Bar No. 1049


      By: *s/Rebecca Magnone*
         REBECCA MAGNONE
         Assistant United States Attorney
         Massachusetts Bar No. 672299
         Trial Attorney
         Department of Justice
         National Security Division -
         Counterterrorism Section
         950 Pennsylvania Avenue, Suite 1742
         Washington, DC 20530
         *Rebecca.Magnone@usdoj.gov*
         202.353.9472

## CERTIFICATE OF SERVICE

I, REBECCA MAGNONE, Assistant United States Attorney for the Northern District of Mississippi, hereby certify that I electronically filed the foregoing **Notice of Appearance** with the Clerk of the Court using the ECF system which sent notification of such filing to:

Gregory S. Park, Esq.
**FEDERAL PUBLIC DEFENDER'S OFFICE**
1200 Jefferson Avenue, Suite 100
Oxford, MS   38655
greg_park@fd.org

*Attorney for Defendant Muhammad Oda Dakhlalla*

Dennis C. Sweet, III, Esq.
**SWEET & ASSOCIATES**
158 East Pascagoula Street
Jackson, MS   39201
dennis.sweet@sweetandassociates.net

*Attorney for Defendant Joelyn Delshaun Young*

This the 16th day of October, 2015.

*s/Rebecca Magnone*
REBECCA MAGNONE
Assistant United States Attorney