UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.            CASE NO. 1:15CR098-SA-DAS

JAELYN DELSHAUN YOUNG

**UNOPPOSED MOTION TO CONTINUE**

    COMES NOW, Defendant JAELYN DELSHAUN YOUNG ("Young"), by and through her counsel of record, hereby respectfully moves the Court for a continuance of the trial setting in this matter on January 13, 2015. As grounds for this Motion, counsel submits as follows:

    1. The Defendant is charged with one (1) Attempting and conspiring to knowingly provide material support and resources to a foreign terrorist organization ("ISILn) in the form of personnel, knowing that said organization is a designated terrorist organization that has engaged in and is engaging in terrorist activity as defined in Section 140(d) (2) of the Foreign Relations Authorization Act..

    2. Counsel for Defendant and the United States have both agreed to Defendant submitting to a psychiatric evaluation. The Defendant has scheduled to have an upcoming psychiatric evaluation and Defense counsel has agreed to allow the United States to conduct an additional psychiatric evaluation.

    3. Counsel has conferred with the State and they will not oppose a continuance.

    4. Defendant Young acknowledges and waives her right to a speedy trial.

    5. This Motion is not made to harass this Court.

    6. It is in the interests of justice this motion is granted in that the ends of justice served by

the granting of such continuance outweigh the best interest of the public and the Defendant in a speedy trial.

**WHEREFORE**, the Defendant, JAELYN YOUNG, by and through counsel, respectfully files this motion to continue the trial setting from its current setting of January 3, 2015, until the June 19, 2016 trial setting.

Respectfully submitted, this the 16th day of December, 2015.

Respectfully submitted,

**JAELYN YOUNG**


By: /s/Dennis C. Sweet, IV\_\_\_\_\_
        DENNIS C. SWEET, IV


OF COUNSEL:

Dennis C. Sweet, III  (MSB No. 8105)
Dennis C. Sweet, IV (MSB No. 103009)
SWEET & ASSOCIATES
158 East Pascagoula Street
Jackson, MS 39201
Telephone: (601) 965-8700
Facsimile: (601) 965-8719

## **CERTIFICATE OF SERVICE**

    I, Dennis C. Sweet, IV, one of the attorneys for Defendant, do hereby certify that I have this day filed the foregoing documents with the Clerk of Court which will in turn send copies via the electronic filing system to all counsel of record.

    This the 16th day of December, 2015.

                                                  BY/s/DennisC. Sweet IV
                                                        Dennis C. Sweet, III