IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI


UNITED STATES OF AMERICA

VS.                                                                                          CASE NO. 1:15CR98-SA

JAELYN DELSHAUN YOUNG
MUHAMMAD ODA DAKHLALLA                                   DEFENDANTS

## ORDER GRANTING CONTINUANCE

This criminal matter is before the court on the motion of Defendant, Jaelyn Delshaun Young, for a continuance of the January 19, 2016, trial setting in this cause. Grounds for the continuance of this trial are based on the fact that the Defendant has an upcoming psychiatric evaluation. Therefore, Defendant's counsel needs additional time to prepare for trial. The Government does not oppose the motion.

It appears to the court that the motion for continuance is well taken and that the same should be granted. It further appears to the court, and the court so finds, that the ends of justice will be served by granting the subject continuance, and that such action outweighs the best interest of the public and the Defendants in a speedy trial.

THEREFORE, it is hereby **ORDERED**, that the pending motion to continue (docket entry 44) is **GRANTED** and that the trial of this matter is **CONTINUED**, as to the Defendants from January 19, 2016, until June 6, 2016, in Aberdeen, Mississippi at 9:40 a.m. The plea agreement deadline is reset for May 23, 2016. The pre-trial motion deadline is reset for May 9, 2016. It is further **ORDERED** that the delay from this date until commencement of the trial shall be excluded from from all computations relative to the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(6)(A),

as to all Defendants.

    SO ORDERED this 18th day of December, 2015.

                                          /s/ Sharion Aycock
                                          U. S. DISTRICT COURT JUDGE