# *UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI

## NOTICE

UNITED STATES OF AMERICA

VS.  CASE NUMBER 1:15CR98-SA-DAS

MUHAMMAD ODA DAKHLALLA
JAELYN DELSHAUN YOUNG  DEFENDANTS

**TAKE NOTICE** that a proceeding in this case has been **RESET** for the place, date, and time set forth below:

**Place**
**UNITED STATES FEDERAL BUILDING**
**301 WEST COMMERCE**
**ABERDEEN, MISSISSIPPI**

**Room No.**
**COURTROOM NUMBER 1 - THIRD FLOOR**

**Date and Time**
**MONDAY, JUNE 6, 2016, 9:40 A.M.**

**Type of Proceeding**
**MVD/JURY TRIAL SET BEFORE UNITED STATES DISTRICT JUDGE SHARION AYCOCK (IF JURY LIST AND INFORMATION SHEETS FOR JURORS ARE DESIRED, PLEASE USE FORM ON OUR PUBLIC WEBSITE: HTTP://WWW.MSND.USCOURTS.GOV/FORMS.HTM)**
***ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES.**

DAVID CREWS, Clerk of Court

BY: /s/ Ginger Sisk
GINGER SISK, COURTROOM DEPUTY

Date: December 18, 2015

To:  Gregory S. Park (electronic notice only)  Dennis C. Sweet, III (electronic notice only)
Terris C. Harris (electronic notice only)  James Clayton Joyner (electronic notice only)
Robert H. Norman (electronic notice only)  U.S. Probation Service (electronic notice only)
U.S. Marshal Service (electronic notice only)

**CONTACT GINGER SISK AT 662-369-2628 OR ginger_sisk@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS**