UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

# NOTICE

UNITED STATES OF AMERICA

VS.  CASE NUMBER: 1:15CR98-SA

JAELYN DELSHAUN YOUNG  DEFENDANT

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

**Place**
**UNITED STATES FEDERAL BUILDING**
**301 WEST COMMERCE STREET**
**ABERDEEN, MISSISSIPPI**

**Room No.**
**COURTROOM 1 - THIRD FLOOR**
**TUESDAY, MARCH 29, 2016, 4:30 P. M.**

**Date and Time**

**Type of Proceeding**

**CHANGE OF PLEA AS TO COUNT ONE OF THE INDICTMENT
BEFORE UNITED STATES DISTRICT JUDGE SHARION AYCOCK
A PRESENTENCE INTERVIEW WILL TAKE PLACE IMMEDIATELY FOLLOWING
THE PLEA PROCEEDINGS.  COUNSEL FOR DEFENDANT MAY ATTEND**
*****ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES**

DAVID CREWS, Clerk of Court

BY:   /s/ Ginger Sisk
Ginger Sisk- Courtroom Deputy

Date:  March 28, 2016

To:   Dennis C. Sweet, III (electronic notice only)          James Clayton Joyner (electronic notice only)
      Robert H. Norman (electronic notice only)              Rebecca Magnone (electronic notice only)
      U. S. Probation Service (electronic notice only)       U. S. Marshal (electronic notice only)

**CONTACT GINGER SISK  AT 662-369-2628 OR ginger_sisk@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS**