UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

USA
v.
Jaelyn Delshaun Young

Case No. 1:15CR98-SA-DAS-002

### AFFIDAVIT RELATIVE TO UTILIZATION OF A LAPTOP COMPUTER

In conjunction with my duties as a member of the press, I request that I be authorized to utilize my laptop computer in the designated Federal courtroom in Aberdeen, Mississippi for note-taking purposes only. I agree to the following terms and conditions in regard to the utilization of my laptop computer and other subject electronics.

I, __Patsy R Brumfield__, a certified member of the press and an employee of __Mississippi Today__, swear under oath that any and all photographic capabilities, audio and video recording devices, wireless antennas, blogging capabilities, wireless cards, air-cards, all internet connection devices and means, along with any other means of communicating with persons within or outside of the courtroom have been disabled on both my laptop computer and cell-phone. I further certify that my laptop computer and/or cell-phone will be used only as a word processor within the courtroom.

Additionally, any transmission or information will occur <u>only</u> from the confines of the designated media room if such is available and has been so designated.

The undersigned understands that failure to adhere to the foregoing will result in the revocation of the privilege of utilizing a laptop and cell-phone in a Federal courtroom in Aberdeen, Mississippi.

WITNESS MY SIGNATURE, this the __29th__ day of __March__, 20__16__.

__Patsy R Brumfield__
AFFIANT

SWORN AND SUBSCRIBED BEFORE ME, this the __29th__ day of __March__, 20__16__.

__Day Long, D.C.__
David Crews, Clerk of Court