UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

# NOTICE

UNITED STATES OF AMERICA

VS.     CASE NUMBER: 1:15CR98-SA

MUHAMMAD ODA DAKHLALLA     DEFENDANT

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

**Place**
**UNITED STATES FEDERAL BUILDING**
**301 WEST COMMERCE STREET**
**ABERDEEN, MISSISSIPPI**

**Room No.**
**COURTROOM 1 - THIRD FLOOR**
**WEDNESDAY, AUGUST 24, 2016, 11:30 A.M.**

**Date and Time**

**Type of Proceeding**
**SENTENCING AS TO AS TO COUNT ONE OF THE INDICTMENT**
**BEFORE UNITED STATES DISTRICT JUDGE SHARION AYCOCK**
***ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES**

DAVID CREWS, Clerk of Court

BY: /s/ Ginger Sisk
Ginger Sisk- Courtroom Deputy

Date: July 22, 2016

To:    Gregory S. Park (electronic notice only)     James Clayton Joyner (electronic notice only)
       Robert H. Norman (electronic notice only)     Rebecca Magnone (electronic notice only)
       U. S. Probation Service (electronic notice only)    U. S. Marshal (electronic notice only)

**CONTACT GINGER SISK AT 662-369-2628 OR ginger_sisk@msnd.uscourts.gov IF YOU HAVE ANY QUESTIONS**