UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

Criminal Minutes - General

Case No.           1:15CR98-SA           Place Held        OXFORD
Style        USA VS JAELYN DELSHAUN YOUNG
Date & Time Began 08/11/16, 11:00 a.m.       Date & Time Ended   08/11/16, 12:50 p.m.


Total Time 1 hr 50 min.

---

PRESENT:

Honorable    Sharion Aycock       , Judge

 Ginger Sisk                            Phyllis McLarty
    Courtroom Deputy                  Court Reporter

---

Attorneys Present:
Government                       Defendant (s)
Clay Joyner, AUSA                Dennis Sweet, III
Bob Norman, AUSA                 Dennis Sweet, IV
Rebecca Magnone, AUSA

PROCEEDINGS: Sentencing.

---

Docket Entry: Court held Sentencing as to Count 1 of the Indictment. Oral motion of Defendant to enter appearance of Dennis Sweet, IV, granted. Witnesses testified. Oral motion of Government to dismiss Count 2 of the Indictment granted. Defendant remanded to the United States Marshal. Judgment to follow.

---

DAVID CREWS, CLERK

By  /s/ Ginger Sisk
Ginger Sisk, Courtroom Clerk